UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David Cherry

   v.                                               Case No. 18-cv-565-SM

NH Department of Corrections, Commissioner;
Sarah Provencher; Jon H. Fouts;
NH State Prison for Men, Warden

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 20, 2018 for the reasons set forth therein. Plaintiff's request for preliminary injunctive relief is hereby denied as moot.

                                                      Steven J. McAuliffe
                                                      United States District Judge

Date: December 4, 2018

cc: David Cherry, pro se