```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

David Cherry

    v.

                                Case No. 18-cv-565-SM

NH Department of Corrections,
Commissioner, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 10, 2019, for the reasons set forth therein.

    **So Ordered.**

                                            _____
                                            Steven J. McAuliffe
                                            United States District Judge

Date: June 4, 2019

cc:   David Cherry, pro se
      Lawrence Edelman, Esq.
      Seth Michael Zoracki, Esq.